# Third District Court of Appeal

## State of Florida

Opinion filed September 1, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-408
Lower Tribunal No. 19-32602
_____

**MC Tours Roatan, S.A.,**
Appellant,

vs.

**Royal Caribbean Cruises Ltd.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Marlow Adler Abrams Newman & Lewis, and Bruce R. Marx, for appellant.

Hunton Andrews Kurth, LLP, Gustavo J. Membiela, and Crystal B. Carswell, for appellee.

Before FERNANDEZ, C.J., and LOGUE, and BOKOR, JJ.

PER CURIAM.

Affirmed. See <u>Jetbroadband WV, LLC v. MasTec N. Am., Inc.</u>, 13 So. 3d 159 (Fla. 3d DCA 2009).